UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Plaintiff-In-Interpleader,<br><br>vs.<br><br>ALAN J. SMITH, individually; the Personal Representative of the ESTATE OF SUSANN SMITH; and THE STATE OF WASHINGTON, DEPARTMENT OF CHILD PROTECTIVE SERVICES, as guardian for the two minor children of Susann Smith and Alan J. Smith,<br><br>Defendants-In-Interpleader. | NO.<br><br>COMPLAINT IN INTERPLEADER |

COMES NOW plaintiff-in-interpleader, National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), and for its Complaint-in-Interpleader against Defendants-in-Interpleader, states and alleges as follows:

**I.   PARTIES**

1.   National Union is organized under the laws of the State of Pennsylvania with its principal place of business in New York, New York. National Union is and was at all times relevant to this Complaint authorized to do business in the State of Washington.

COMPLAINT IN INTERPLEADER – 1



LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

AIG010 0001 oh215319tz

2. Upon information and belief, defendant-in-interpleader Alan J. Smith was at all times relevant herein an individual residing in Bothell, Snohomish County, Washington.

3. Upon information and belief, Susann Smith died intestate on February 12, 2013 in Snohomish County, Washington.  National Union is unaware whether a personal representative has been appointed on behalf of the Estate of Susann Smith.

4. Susann Smith and Alan J. Smith were husband and wife until Susann Smith's death on February 12, 2013.

5. Upon information and belief, Susann Smith and Alan J. Smith are the natural parents of two minor children who are currently in the custody of the State of Washington, Department of Child Protective Services.

## II.    JURISDICTION AND VENUE

1. The defendants-in-interpleader are adverse claimants to $150,000 in life insurance benefits from a group life insurance policy issued to The Boeing Company by National Union to fund insurance benefits offered by The Boeing Company to its employees (the "Policy").  The Policy is governed by the Employment Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. *et. seq.*

2. National Union qualifies as a fiduciary for purposes of ERISA, 29 U.S.C. sec. 1132(a)(3)(B)(ii); *Aetna Life Ins. Co. v. Bayona*, 223 F.3d 1030 (9th Cir. 2000), because it is responsible for administering claims for The Boeing Company under the Policy and it has authority to grant or deny claims.

3. National Union seeks equitable relief, under ERISA, 29 U.S.C. sec. 1132(a)(3)(B)(ii), by bringing this interpleader action to protect itself against multiple liability and from the expense of multiple litigation.  *Aetna Life Ins. Co. v. Bayona*, 223 F.3d 1030 (9th Cir. 2000).

COMPLAINT IN INTERPLEADER – 2



LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

AIG010 0001 oh215319tz

4. National Union seeks to enforce the terms of the Policy by ensuring the proper distribution of the life insurance policy death benefit. 29 U.S.C. sec. 1132(a)(3)(B)(ii); *Aetna Life Ins. Co. v. Bayona*, 223 F.3d 1030 (9th Cir. 2000).

5. The Policy provides dependents of participating employees of The Boeing Company with certain disability, life and accidental death benefits. The death benefit for a spouse of a participating employee is $150,000.

6. Defendants-in-interpleader are residents of this judicial district, and the events giving rise to this Complaint-In-Interpleader arose within this judicial district.

### III.  CLAIM FOR RELIEF

1. National Union issued Group Accident Insurance Policy No. PAI-0009128543, with a policy term of January 1, 2013 to January 1, 2014 to The Boeing Company. The relevant portions of the Summary Plan Description are attached to this Complaint-In-Interpleader as Exhibit 1. A copy of the Master Application for this Policy is also attached to this Complaint as Exhibit 2.

2. Defendant-in-interpleader Alan J. Smith was employed by The Boeing Company continuously from August 31, 2007 to, and including, February 12, 2013.

3. Upon information and belief, Susann Smith and Alan J. Smith have two minor children, both of whom are in the custody of the State of Washington.

4. On February 12, 2013, Susann Smith was murdered.

5. On April 17, 2013, defendant-in-interpleader Alan J. Smith made a claim for the $150,000 accidental death benefits under the Policy on the life of his wife, Susann Smith.

6. On June 27, 2013, defendant-in-interpleader Alan J. Smith was arrested by the Bothell Police Department and charged with murdering his wife, Susann Smith, and this charge is the subject of a criminal action against Alan J. Smith now pending in Snohomish County Superior Court, No. 13-1-01546-8.

COMPLAINT IN INTERPLEADER – 3

CARNEY BADLEY SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

AIG010 0001 oh215319tz

7. Under the terms of the Policy, where the spouse of a covered employee dies, *"the plan pays benefits to you, unless another beneficiary has been named."* No other beneficiary was named by Alan J. Smith for the death benefit.

8. Under the terms of the Policy, if the insured does not designate a beneficiary, the death benefit will be paid to the insured's surviving family members in the following order: (1) Your spouse; (2) Your child or children, in equal shares.

9. RCW 11.84.100 provides, in relevant part, that any insurance proceeds payable to the "slayer" as the beneficiary of any policy of insurance on the life of decedent, shall be paid instead to the estate of the decedent.

10. Pursuant to RCW 11.84.100, if it is determined that Alan J. Smith is a "slayer" within the meaning of RCW 11.84.100, he is not entitled to receive the Policy death benefit.

11. Upon information and belief, Susann Smith died intestate.

12. National Union is unsure as to the proper recipient of the $150,000 death benefit. National Union is prevented by Washington law, RCW 11.84.100, from paying the $150,000 death benefit to Alan J. Smith without hazard to itself and without assuming responsibility for determining doubtful questions of law and fact. Based upon the same Washington statute, the Estate of Susann Smith may have a claim for the death benefit payable under the Policy. Based upon the language of the Policy, the minor children of Susann Smith and Alan J. Smith may have a claim for the death benefit payable under the Policy. National Union cannot distribute the benefits of the Policy to any of these potential claimants without exposing National Union to the threat of multiple and vexatious litigation in the future as well as potential multiple liability for the same claim.

13. Alan J. Smith has declined National Union's request to relinquish his rights to the Policy benefits.

COMPLAINT IN INTERPLEADER – 4

CARNEY BADLEY SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

AIG010 0001 oh215319tz

14.     National Union claims no beneficial interest in the Policy benefits and is a mere stakeholder.

15.     National Union is now, and has at all times has been, ready, willing and able to pay the person or persons legally entitled to the Policy benefits; and National Union now seeks permission to deposit into the Registry of this Court the $150,000 death benefit due under the Policy.

WHEREFORE, plaintiff-in-interpleader National Union prays for judgment as follows:

1.     That the aforesaid $150,000 life insurance death benefit be accepted into the Registry of this Court, to be held in an interest-bearing account for future disbursement according to the judgment of this Court;

2.     That the Court adjudicate and identify the person or persons legally entitled to the life insurance death benefits due under Policy No. PAI 0009128543;

3.     That defendants-in-interpleader be required to assert their respective claims to the benefits paid into the Registry of this Court and to settle between themselves their rights or claims to the aforesaid benefits;

4.     That National Union be discharged from all further liability related to the proceeds of Policy No. PAI 0009128543; and

5.     Such other and further relief as the Court determines to be proper.

///
///
///
///
///
///
///

COMPLAINT IN INTERPLEADER – 5

CARNEY BADLEY SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

AIG010 0001 oh215319tz

1  DATED this 4th day of February, 2014.

2

3                          CARNEY BADLEY SPELLMAN, P.S.

4                          By  /s/ Jeffrey D. Laveson
                         By  /s/ Linda B. Clapham

5                             Jeffrey D. Laveson, WSBA No. 16351
                            Linda B. Clapham, WSBA No. 16735

6                             701 5th Ave, Ste 3600
                            Seattle WA    98104-7010

7                             Phone:    206.622.8020

8                             Fax:       206.467.8215
                            Email:    laveson@carneylaw.com

9                                        clapham@carneylaw.com

10                        Attorneys for National Union Fire
                       Insurance Company of Pittsburgh, PA,

11                        Plaintiff-in-Interpleader

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

COMPLAINT IN INTERPLEADER – 6

CARNEY BADLEY SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

AIG010 0001 oh215319tz