# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff, <br><br> v. <br><br> ALAN J. SMITH, et al., <br><br> Defendants. | CASE NO. C14-0169JLR <br><br> ORDER LIFTING STAY |

On July 1, 2016, the court entered an order staying these proceedings until Defendant Alan Smith's appeal from his criminal conviction was resolved. (Order (Dkt. # 40) at 3.) On January 17, 2018, the parties filed a joint status report stating that the

//

//

//

//

ORDER - 1

criminal case "is fully resolved." (JSR (Dkt. # 44) at 1.) Accordingly, the court ORDERS the stay lifted and DIRECTS the clerk to enter a new trial schedule.

Dated this 23rd day of January, 2018.

JAMES L. ROBART
United States District Judge

ORDER - 2