UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | CASE NO. C14-0169JLR |
|---|---|
| Plaintiff, | ORDER DISBURSING REGISTRY FUNDS |
| v. | |
| ALAN J. SMITH, et al., | |
| Defendants. | |

Before the court is Defendant Estate of Susann Smith's ("the Estate") motion for disbursement of registry funds. (Mot. (Dkt. # 48).) The Estate's motion was combined with its motion for summary judgment that sought a determination that disbursement was appropriate, which the court granted. (*See generally id.*; Order (Dkt. # 58).) *Pro se* Defendant Alan Smith opposes the motion. (Smith Resp. (Dkt. # 57).) Defendant Department of Social and Health Services ("DSHS") supports the motion. (*See* DSHS Resp. (Dkt. # 52).) The court has considered the parties' submissions in support of and in

ORDER - 1

opposition to the motion, the balance of the record, and the governing law. Being fully advised, the court GRANTS the motion.

Pursuant to Local Rule W.D. Wash. LCR 67(b), the court AUTHORIZES and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $150,000.00, plus all accrued interest, minus any statutory user fees, payable to the Estate of Susann Smith for ultimate distribution to the trust account that has been established for Noelani Smith and Felix Smith.

In addition, the court AUTHORIZES and DIRECTS the Clerk to mail the check to the Estate of Susann Smith c/o John Ely, Bates & Ely, PLLC, 18530 156th Ave. NE, Suite 200, Woodinville, WA, 98072. Defense counsel shall provide the tax ID number and/or social security number of the payee to the Clerk within five (5) days of the date of this order. The Clerk shall not draw the check listed above until after defense counsel has provided this information.

Dated this 5th day of December, 2018.

JAMES L. ROBART
United States District Judge

ORDER - 2